IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2011 FEB 23 PM 2: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | SEALED |
| v. | § | CRIMINAL NO. EP-11-CR-____ |
| AHMED ADIL ABDALLAT,<br>Defendant. | §<br>§<br>§ | **EP11CR0431** |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested for a violation of Title 18, United States Code, Section 1544 - *Misuse of Diplomatic Passport* and Title 18, United States Code, Section 641 - *Conversion of Public Money*.

2. The Defendant presents a high risk of fleeing to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

REV05/06

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
GREGORY E. McDONALD
Assistant U.S. Attorney
Texas Bar # 13547300
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884